**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Fonda K. MURGIA, Defendant–**
**Appellant.**

**No. 08–10177.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 18, 2009.*

Filed March 25, 2009.

Sharon Kathleen Sexton, Assistant U.S., U.S. Attorney's Office, Phoenix, AZ, for Plaintiff–Appellee.

Joy Bertrand, Joy Bertrand, Esq., L.L.C., Scottsdale, AZ, for Defendant–Appellant.

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

MEMORANDUM **

Fonda K. Murgia appeals from the 21–month sentence imposed following revocation of supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Murgia contends that the district court erred by relying upon impermissible factors in fashioning a sentence consecutive to her state sentence. The record, however, demonstrates that the district court did not rely upon impermissible factors. *See United States v. Simtob,* 485 F.3d 1058, 1062–64 (9th Cir.2007). Murgia also contends that her sentence is unreasonable in light of the factors listed in 18 U.S.C. § 3553(a) and that imposing the sentence to run consecutive to her state court sentence makes her sentence greater than necessary to meet the sentencing goals of § 3553(a). We conclude that the district court did not procedurally err, and that the sentence is reasonable. *See United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.